1:19-cr-00780-LAK-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Jul 19 2022

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of July, two thousand twenty-two.

Before: Steven J. Menashi,
*Circuit Judge,*

---

United States of America,

Appellee,

v.

Sylvia Ash, AKA Sealed Defendant 1,

Defendant - Appellant.

---

**ORDER**

Docket No. 22-1048

Appellant seeks an emergency stay of the surrender date of July 20, 2022, and for bail pending appeal.

IT IS HEREBY ORDERED that the request to stay the surrender date is DENIED. The request for bail pending appeal is REFERRED to a three-judge motions panel.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON 07/19/2022