S.D.N.Y.–N.Y.C.
19-cr-780
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of August, two thousand twenty-two.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Aug 01 2022

Present:

Richard J. Sullivan,
Michael H. Park,
Beth Robinson,
*Circuit Judges*.

---

United States of America,

*Appellee*,

v. 22-1048

Sylvia Ash, AKA Sealed Defendant 1,

*Defendant-Appellant*.

---

Defendant-Appellant Sylvia Ash moves for bail pending appeal, for a stay pending appeal of the portion of the district court's judgment requiring her to make payments toward an $80,000 fine, and for leave to file her pre-sentence report ("PSR") under seal as an exhibit to her motion to stay. Upon due consideration, it is hereby ORDERED that the motions for bail and for a stay pending appeal are DENIED. *See* 18 U.S.C. § 3143(b); *United States v. Randell*, 761 F.2d 122, 125 (2d Cir. 1985); *see also Nken v. Holder*, 556 U.S. 418, 434 (2009). The motion to file the PSR under seal is GRANTED.

It is further ORDERED that this appeal will be expedited. Appellant's brief is due 21 days from the date of this order; Appellee's brief is due 21 days after service of Appellant's brief; and Appellant may submit a reply within 7 days of service of Appellee's brief. The Clerk's Office is directed to schedule argument at the earliest opportunity after briefing is complete.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 08/01/2022